UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERICA STEPHENSON,<br>CASEY CASH,<br>SAMANTHA WARE,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZINGA'S EXCITING WINDOWS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:25-cv-00757-JRS-CSW<br>)<br>)<br>)<br>) |

**ORDER ON PLAINTIFFS' MOTION TO TOLL THE PARTIES' DEADLINE**

  Plaintiffs, by counsel, having filed their *Motion to Toll the Parties' Deadline to File Motions for Leave to Amend the Pleadings and Join Additional Parties* (Dkt. 61), and the Court being duly advised that the parties are working on a proposed Phase II Case Management Plan, now finds that the motion should be **GRANTED.**

  **IT IS THEREFORE ORDERED** that the parties' deadline to file motions for leave to amend and/or join additional parties is hereby tolled to be reset when this Court enters a Phase II Case Management Plan in this action.

  **SO ORDERED.**

Date: January 21, 2026

                 _____
                 Crystal S. Wildeman
                 United States Magistrate Judge
                 Southern District of Indiana

Distributed electronically via ECF to counsel of record.