UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERICA STEPHENSON, | ) | |
| CASEY CASH, | ) | |
| SAMANTHA WARE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00757-JRS-CSW |
| | ) | |
| ZINGA'S EXCITING WINDOWS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Now before the court is Plaintiffs' *Motion for Leave to File Second Amended Complaint and Demand for Jury Trial.* (Dkt. 73). Defendant's *Response* indicates that it does not oppose Plaintiffs' request to amend the complaint. (Dkt. 77).

Therefore, the Court hereby **GRANTS** said *Motion.*

Plaintiffs are **DIRECTED** to file their *Second Amended Complaint and Demand for Jury Trial* (Dkt. 73-1) as a separate docket entry within seven (7) days.

**SO ORDERED.**

**Date:** April 15, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Distributed electronically via ECF to counsel of record.